JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE PARKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:24-cv-01282-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 21, 2025 to March 24, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of January 20, 2025 and January 27, 2025, Plaintiff's Counsel has six merit briefs and two reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: December 30, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff

Dated: December 30, 2024    PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation
                                  Social Security Administration

                              By:  */s/ Justin Lane Martin*
                                  Justin Lane Martin
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on December 30, 2024)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff shall have a 60-day extension of time to March 24, 2025, to file a Motion for Summary Judgment. All other deadlines the Court's Scheduling Order are modified accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **January 2, 2025**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE