MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2748
      E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL LEE PARKER,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:24-cv-01282-JLT-BAM<br><br>STIPULATION FOR EXTENSION <s>[PROPOSED]</s> ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 23, 2025, up to and including May 23, 2025. This is the first request for Defendant's extension.

    The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. This matter was assigned to Counsel on April 10, 2025, while Counsel was on leave out of state. Since then, Counsel has had numerous briefing deadlines, including multiple briefs due on April 23, 2025, and four briefs due in a period of four workdays, including this matter. Although Counsel has worked diligently on this matter and other assigned cases, this extension is necessary.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 22, 2025   /s/  Jonathan O. Pena*
JONATHAN O. PENA
Attorney for Plaintiff
(*signature authorized via e-mail April 22, 2025)

Dated: April 22, 2025   MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:   /s/  Michael J. Mullen
MICHAEL J. MULLEN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, and for good cause shown, Defendant shall have an extension of 30 days, to May 23, 2025, to file the Commissioner's responsive brief.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 22, 2025**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE