**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL LEE PARKER,<br><br>      Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,[1] | Case No. 1:24-cv-01282 JLT FRS (SKO)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED AND THE FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY BE AFFIRMED<br><br>(Docs. 13, 20) |

Crystal Lee Parker filed a complaint under 42 U.S.C. § 1383(c) seeking judicial review of a final decision of the Commissioner of Social Security denying her application for Supplemental Security Income under the Social Security Act. (Doc. 1.)

On February 4, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be denied and that the final decision of the Commissioner be affirmed. (Doc. 20.) The magistrate judge recommended that the decision be affirmed because the ALJ's consideration of the medical opinion was proper and supported by substantial evidence and the ALJ properly relied on evidence in the record that undermined the credibility of Plaintiff's allegations of disabling symptoms and limitations. (*See id*.)

---

[1] On May 6, 2025, Frank Bisignano was appointed the Commissioner of the Social Security Administration. *See* https://www.ssa.gov/news/press/releases/2025/#2025-05-07. He is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in his official capacity, be the proper defendant").

The Court granted the parties 14 days from the date of service to file objections to the recommendations of the magistrate judge.  (Doc. 20 at 18–19.)  The Court advised the parties "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  On February 9, 2026, Plaintiff timely filed objections (Doc. 21), and the Commissioner responded to those objections on February 19, 2026 (Doc. 22).

This Court conducted a de novo review of the case.  Having carefully reviewed the matter, including Plaintiff's objections and the Commissioner's response thereto, the Court finds the findings and recommendations are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

1. The findings and recommendations filed February 4, 2026 (Doc. 20) are **ADOPTED IN FULL**.

2. Plaintiff's motion for summary judgment (Doc. 13) is **DENIED.**

3. The final decision of the Commissioner of Social Security is **AFFIRMED**.

4. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Crystal Lee Parker, and to **ASSIGN** a Magistrate Judge for the purpose of closing this action and **CLOSE** this action.

IT IS SO ORDERED.

Dated:    **February 28, 2026**

UNITED STATES DISTRICT JUDGE

2